**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Steel Cap Insurance Pte. Ltd., <br><br>  Plaintiff, <br><br> v. <br><br> M/V "Pindos", official number V-081925, her engines, tackle, furniture, apparel and appurtenances, in rem; Oldendorff Carriers GmbH & Co. KG; Oldendorff Carriers USA, Inc.; Montreux Navigation; and Does 1 through 10 inclusive, <br><br>  Defendants. | CV 09-05333-RSWL (CTx) <br><br> **ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION** |

The Court is in receipt of Plaintiff's Complaint filed on July 22, 2009. Fed. R. Civ. P. 8(a)(2) provides that each pleading must contain "a short and plain statement of the grounds upon which the court's jurisdiction depends." Plaintiff's Complaint makes no statement regarding why this case should be within the

1

Court's jurisdiction.  Therefore, it is ORDERED that Plaintiff show cause why this case is within the Court's jurisdiction.  The parties have no later than October 2, 2009 to respond, demonstrating why this case should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: September 16, 2009

/s/
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge
CV 09-05333-RSWL