JS - 6

| | |
|---|---|
| 1 | DENNIS A. CAMMARANO/BAR NO. 123662 |
| | CAMMARANO & SIRNA, LLP |
| 2 | 555 East Ocean Boulevard, Suite 501 |
| | Long Beach, California  90802 |
| 3 | Telephone:  (562) 495-9501 |
| | Facsimile: (562) 495-3674 |
| 4 | Email: dcammarano@csdegal.com |
| 5 | Attorneys for Plaintiff, |
| | STEEL CAP INSURANCE PTE LTD. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEEL CAP INSURANCE PTE LTD. | ) | Case No.: CV09-5333 RSWL (CTx) |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER OF DISMISSAL [12]** |
| | ) | |
| v. | ) | |
| | ) | |
| M/V "PINDOS", official number V-081925, her engines, tackle, furniture, apparel and appurtences, *in rem*; OLDENDORFF CARRIERS GmbH & CO. KG; OLDENDORFF CARRIERS USA, INC.; MONTREUX NAVIGATION; and DOES 1 through 20, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based on the Stipulation filed by and between Plaintiff, STEEL CAP INSURANCE PTE. LTD and Defendant OLDENDORFF CARRIERS USA, INC. [12],

IT IS HEREBY ORDERED that this entire action is dismissed, with prejudice, each party to bear its own costs and attorneys fees and with the Court retaining jurisdiction over this matter for 45 days to allow the parties time to consummate their

//

//

//

//

1 settlement. In the event no application is made to re-open this matter within 45 days
2 from the date of this Order, then this entire action shall be deemed dismissed, with
3 prejudice, each party to bear its own costs and attorneys fees.
4
5 Dated: October 5, 2009          / s /
                          _____
6                         Honorable Ronald S.W. Lew
                          SENIOR, U.S. DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28